**Exhibit A to the Complaint**

**Location:** Upland, CA  
**Total Works Infringed:** 97  
**IP Address:** 70.93.236.57  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 16938BBE81769D5A6B5150F07D82B1BDE0F482BE<br>File Hash: 5A357FA0B984B36E4C42421BC700347B87D1115152C4C17ECB13FE6FC9E0ECA8 | 04/07/2020 06:30:51 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 2 | Info Hash: F9CFE8F13800B0DCEFEC2EDECE09D1DA5F70A22A<br>File Hash: 092CF263917C04D7FE0B38B7AF9511C6C78FE4544DCFE9E1BFCEF14EC78E29A9 | 02/17/2020 05:10:30 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 3 | Info Hash: 40E9B747F9F76B02D8318A9F1A8D458AE6B1DEE6<br>File Hash: 90F0EDD56A0E25855AB1FFD9C94D59B4607F15898B502F5276EC1F80113D2FD3 | 02/10/2020 04:59:12 | Tushy | 10/08/2017 | 10/19/2017 | PA0002058298 |
| 4 | Info Hash: A2F12D22A1ED9F23F0499A8DAA8C8F65CAE2A0F7<br>File Hash: 0FD973AB75E0C0D9652AFB834F9A3CB1FC4734F6F7736DD8C88C7DC5E8A372CE | 02/10/2020 04:54:49 | Vixen | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 5 | Info Hash: 0233D61D03B365176C1794BC810DE12D8A2264B8<br>File Hash: 32201D7809326C6B4F7C5FA26DA58F7E14D051AD506BB551EA4661D4FE3ED345 | 01/31/2020 06:15:00 | Blacked | 01/30/2020 | 02/20/2020 | PA0002237624 |
| 6 | Info Hash: 241D30702C9D3EFFF1D7493E306372450E4DDD61<br>File Hash: B57AC324B7326E069C88B5A4A5C94E0CB0195431879775AF8B9E2A476DD9EAD1 | 01/26/2020 16:54:42 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 7 | Info Hash: 2179DCACB194BEAA32631B5C12A5A55F9D2D83D5<br>File Hash: E390E693B2E670B07802CD1B37615CFAF24DFFA8A6CC72FA0894D5E083EDEB14 | 01/21/2020 03:26:19 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 8 | Info Hash: 41B8700401DB81C8089A014B3414C0BECDC8E7CB<br>File Hash: 0B63271AE99586E2736C73B87851244E8F0054186AAF2E5A44AC5E29F247B94E | 01/15/2020 06:47:09 | Vixen | 01/14/2020 | 02/03/2020 | PA0002236203 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: BAB6D6956AAD63CEC35288AD24D026B914D3D91A<br>File Hash: 453457FBD371960AED17FAA61ACD9AF63503F6A04D7654A2D0BBE25B0CDD7481 | 01/07/2020 06:26:37 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 10 | Info Hash: 951CD0CABEFF8B5D4D4AB27F430432FDDA32703E<br>File Hash: 90D8F784112765A948AC54DE7096B89151FBBCEC4F9D773E976E5B1E34F5CCDC | 01/05/2020 20:43:45 | Blacked | 01/05/2020 | 02/03/2020 | PA0002225565 |
| 11 | Info Hash: 1CE39D5343CFB2B677680DC6F2C86080DFAB4449<br>File Hash: BF12D2773F7227CDCB15D6E6EC585DFECDFEFAAFECDC24F6DC1E66CA33B80BB8 | 01/04/2020 03:47:15 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |
| 12 | Info Hash: 721BC3FBF0ED0218C75A3BA1A21A7CBA34C3ED5C<br>File Hash: 225AFBA1B4DEE3BE570BF6357E95C2B684171DDEB19EB9E646F35DF1CF1CA7F0 | 01/01/2020 01:02:52 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 13 | Info Hash: 401BD78981FD230772B6E3BEFCDD92B604B2E62B<br>File Hash: B9BA7C96CD0B555A03577338399A158CD36B6A5FA61DD4781D5585947481FC21 | 01/01/2020 00:49:41 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 14 | Info Hash: 7B1A87F59BFCFB72F067155DE3A208DCB22640BC<br>File Hash: 881CCD0229226220037BBBA6C3EE110168851E303BA6C91613752762665911AB | 12/30/2019 23:12:39 | Tushy | 12/27/2019 | 01/22/2020 | PA0002234861 |
| 15 | Info Hash: FAF3D2821D42724CAFEEFD5D3B541AE8EE0F0171<br>File Hash: 9408AC4EC6C38900E450CD58B4A660F225DBF830B3630DD8D69E7D3B2E52D4CE | 12/29/2019 19:12:51 | Vixen | 12/15/2019 | 01/03/2020 | PA0002233430 |
| 16 | Info Hash: 97459FBB2D8D129C056B0239F07CD1CD86411A47<br>File Hash: 00EC99718DBD566759AFBC950F8EF7B75FAAAA7344D94998AE5E27D8835E9E5B | 12/28/2019 16:36:26 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 17 | Info Hash: 54D0033132CEA427910AAA3841BEDA24AFB6C2DF<br>File Hash: 0EB6B69EEF963C9952639DA1148192968FA7C96A609A995A6CE41FAFC4BBF589 | 12/28/2019 16:31:13 | Blacked | 12/16/2019 | 01/22/2020 | PA0002234860 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 8F914AD5D985A4614B945A9CBAEA70996038A99E<br>File Hash: 499AAECDDEB0EF38775D6585DDFB835C753A3B942C24192C172D512837C47F65 | 12/27/2019 20:27:45 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 19 | Info Hash: 9798EC797E55E96FA6F3EAF501922F42A6A9AC97<br>File Hash: 5382E88CADB0BA7D7BB46EEB3FB1DF2A0AB1172FF6923F27FEB9A49795FD65AB | 12/27/2019 19:02:17 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 20 | Info Hash: 0C80A67047F01CC53D38E0C3E19EE88A30035E82<br>File Hash: 923E7460E752915977FD98711BC5A92C2A2B5A402EA36FDEE268B6AA9E35D480 | 12/26/2019 19:10:58 | Vixen | 10/21/2019 | 11/05/2019 | PA0002227093 |
| 21 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 12/25/2019 18:33:22 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 22 | Info Hash: 9ABAE62EFB9EDB547FFE0A79B13F8BA4BDA25B8C<br>File Hash: B57FBDC2B6B8D1E718BDD10CEDE066D6D01B204780BFE4AD381E68FFC4764CCF | 12/21/2019 19:33:58 | Vixen | 12/20/2019 | 02/03/2020 | PA0002225564 |
| 23 | Info Hash: 2D61940C445B55E6FB469889B4C33E459C724AD7<br>File Hash: 2DE2C8CF79381572602F4CE4414CEDDAD0C76A748D72CEF41F4F6A05D5DDBAA9 | 12/21/2019 19:14:32 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 24 | Info Hash: 70B15E25EDBBE1174B1CFCBD7678C4C952306D86<br>File Hash: 360E821F3D8F3CF8513DA9BD92F99C25DB680F17C15BD32BA83128E870E256FE | 12/11/2019 06:37:20 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 25 | Info Hash: 1C37544308F50FA5420A6D19F09649D5511E66FA<br>File Hash: EAA8D68B55DF7A5ED5D723D0F8F206F9FBFDF83E62D9860AD47233E7F39052E1 | 12/01/2019 18:20:54 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 26 | Info Hash: 703413A8CE5C9D2B3D6DEEEABCA98A384EFC5B40<br>File Hash: F840E819FC944D3A2436B42152BDEE08E58AA63A2B1E787DD473B45070E06944 | 12/01/2019 17:56:57 | Vixen | 11/30/2019 | 12/17/2019 | PA0002217669 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: EA3A1459FD63ECD6B26644B90833EB3BD0C7E235<br>File Hash: 9B6D30AB5416FA0F28F38AE7FA2EAC0827AAEF8EB08070BAE6ADCC878CE352CA | 11/30/2019 22:25:08 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 28 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 10/07/2019 06:27:29 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 29 | Info Hash: BF1FDFBD5AA5654D91ACBDB3AD91C35E672ED83C<br>File Hash: 7AE01015A13FECF4BFAE5AF20B29E343592CC65DEFE7113B165043163567C704 | 09/04/2019 05:42:39 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 30 | Info Hash: AB6534AEF4B97FFA964325724E1BF40D7F708264<br>File Hash: 7AF35A486BD4F38E68DDCC2D855416D10A1DCD53AEF0690FD3B4DC23A707A72C | 08/29/2019 03:10:43 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 31 | Info Hash: 73963C9C69D16278DA8A34203233067B1144655D<br>File Hash: 13462C9A9D141DD114EE206D02B3F2BA2E2833AFF185B8EED6E4D557C753538C | 08/24/2019 07:31:05 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 32 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 08/23/2019 05:09:07 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 33 | Info Hash: 22B004FAAAA818AE2F276048DA0C2CF2E207D30D<br>File Hash: EF3A73048B0184B7C4D9656A7567DE47ED9BA8D5E02177FEFBC9E02C13F4AC57 | 08/15/2019 05:22:35 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |
| 34 | Info Hash: BC1C7FC23F2972A09DE3DA65303B1398F4E9F26B<br>File Hash: 5E27A0458B72C6D803880871DF27DACA94012E7B8B48AE69B798C9AFE26CDD40 | 08/15/2019 02:21:03 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 35 | Info Hash: 5D16EC2FE6C9F9FA9F5476C90525208D413532F1<br>File Hash: 247DCE33E47A1EC566200C820669478595511EF53F3A644E15EBEE009FBBD0A0 | 08/02/2019 05:34:32 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D885D4FDE6C0EEA04938CB2C518CF5EE0DC2310A<br>File Hash: F541C496AF60307143F4B0E17D47234727E811549B65A70CED97AB03974F4963 | 07/30/2019 04:59:35 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 37 | Info Hash: FAFB53A5AEE4747501A2864575151060773701DE<br>File Hash: E79BCD05E39572740A19153AECC59226A0DBC4BED1FA908E1F1D4E9418309AB3 | 07/23/2019 03:09:08 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 38 | Info Hash: D55C93F64A2350E37B3B9B67E48B010ABC31B924<br>File Hash: 96C0F833BF955BF2A27C71CA63180ABDC3CC4C12E79049BF775EA33FD21D4701 | 07/18/2019 06:32:08 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 39 | Info Hash: CD83AB483325A6F63DA48001AB2A6C48DC35F461<br>File Hash: 37312323FFE89A3644402CC100788AC973D97D7A92C089EB5E0234601C8F8263 | 07/10/2019 02:13:14 | Tushy | 06/25/2019 | 08/27/2019 | PA0002213234 |
| 40 | Info Hash: 23CBED3813DD9DE68B4DA0E04F9F4ABCD9A951CA<br>File Hash: BFE4DDB1A644BF5767CCCB7776F41D052F9509199B8CFB06D1D95E9D87C284CA | 07/10/2019 02:11:22 | Vixen | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 41 | Info Hash: D1FC96E10BA7748B5EB03C8BF0B6C39397B9979F<br>File Hash: 22110256934539DE9D00545585EBBC8F614D1F59D0DFA5EBCB44C1DF64C0A303 | 07/10/2019 02:10:41 | Tushy | 11/02/2017 | 12/05/2017 | PA0002098020 |
| 42 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash: E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 07/09/2019 02:59:53 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 43 | Info Hash: 66F26E9432427C93193C238098E035ABC6099E87<br>File Hash: 71948541D57950C584EC3A7D0ED65A5BDD67A5EF347BA82B983A90A12EC91B26 | 07/06/2019 03:18:04 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 44 | Info Hash: 8F3B910AE57207109EC67538F24D8D39B4DF524D<br>File Hash: 9F66A4E0A7591B21704D3FFF246FBA254A816C87D2801350AB7A05FA1398CBB9 | 07/05/2019 18:35:01 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: FD566995F3728DBE3CB9331DB4DDF9D40A8AB46C<br>File Hash: 2B5903DE34F121905C56E7D0465FDD8249D61FE160D063D59B3046C23F738F9A | 07/05/2019 07:12:21 | Blacked | 06/28/2019 | 08/27/2019 | PA0002213235 |
| 46 | Info Hash: 22FBA2D37F3FF8668834C09E9AD0CBE9434BBFBD<br>File Hash: 4935163A217198691CADDA55CB995370D889F5FCF8CE7C84586CBEA16863369F | 07/04/2019 05:45:52 | Vixen | 07/03/2019 | 08/02/2019 | PA0002192292 |
| 47 | Info Hash: 4E9DC5664C79C201A2EA19FB2A7F778E148DB0AA<br>File Hash: 73B715F6AC7F506A697AB7F43FE9BF94A157FCB2D43B47BF7A397FD3CA85AD99 | 07/02/2019 05:42:17 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |
| 48 | Info Hash: AEA87D5C85EFA1D10BE6A428492BB824528DDCD8<br>File Hash: A3C565434D11B127F4B51C978A07BE5B05307A2A7703B40C17CE89016E5C72F4 | 07/02/2019 03:05:54 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 49 | Info Hash: D75017B067151567CD932E708D0F31F94B21324C<br>File Hash: D0B91BCE7A365FB51A32399130C82483A93C2772BB5D233691B6749A55EA99E1 | 06/25/2019 03:04:02 | Blacked | 06/24/2019 | 07/17/2019 | PA0002188313 |
| 50 | Info Hash: CCB032FCEAE226C8EAC88C22F9F791EC9A10C74D<br>File Hash: 82A7BC37315577F4D87CC9E1719E1C30EB0FA435768F3384B48E5F88AED32F20 | 06/15/2019 03:08:27 | Blacked | 06/14/2019 | 07/17/2019 | PA0002188312 |
| 51 | Info Hash: 3EA0CF9C87288AF48B11486B9BCB9919F16EA731<br>File Hash: D05F38277B77040CF93144BD68F937C4DD0178A11C2E7854351796603140D286 | 06/11/2019 02:43:29 | Tushy | 06/05/2019 | 07/17/2019 | PA0002188310 |
| 52 | Info Hash: F15A3D34FF0FD051292EC25A6DBB3F574863F6E2<br>File Hash: 4D5131F83A161A61BCC759E3AA7729C7BF9F99527E0D0FA59AD26AD5A61316B7 | 05/31/2019 02:21:07 | Blacked Raw | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 53 | Info Hash: 39C0702337752F70E086614508EAD496DED648E1<br>File Hash: BC6FFC2AF501E11CE3CB0C8B6F3F505834A9B29757EE48B2F93EE6BE6CFD8262 | 05/30/2019 01:49:36 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 714347DA4C62B3CA14D25D6E097ECEB5F29D0AF5 File Hash: F83C9F1CDB31A5671A571B4CAE4F6610BE0234DA9FABDBB66E7525B642496592 | 05/30/2019 01:33:29 | Tushy | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 55 | Info Hash: D953E392C297913CDBDFCE65BCF4DF39F6D492E1 File Hash: 0ED72D2222E7721033B25678879CBA2CBB194E14288295CB78F4A1D3B97268A3 | 05/25/2019 01:46:36 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 56 | Info Hash: E56054060FC713111106DB114E1BE6A5809CA890 File Hash: 59C61355D0EEE2C92EF4D0E2D9FC930F575F355962F3FF8F9903782A61480139 | 05/21/2019 02:15:48 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 57 | Info Hash: E1C7277B3B893153064CC9E439E48147D940C64F File Hash: 850AC65387644C9E92B21C6C36EDEA25EFAD700F3DB2E86434AA41123B536A35 | 05/21/2019 01:28:44 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 58 | Info Hash: 4E460159847A12EC756788480DA81357DD3FA8D6 File Hash: D361DC1824D2A4E927700E9210069DED4321C8F943E47ABC915E3A6BDFC28968 | 05/18/2019 02:25:36 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 59 | Info Hash: 074231B91035832F0D21BFC79AD7131A47B31D4B File Hash: BF88EE5712683785DE1D29EF82E03B1EA32B0545AA7E61ACC5C50A150474F9DC | 05/18/2019 01:43:48 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 60 | Info Hash: AA277A60365E00BB2B80AD7F039CDC9307F36B14 File Hash: 9F6543A15B75B493450ABD4B0FC2FA5B852B346380007F0929BAC6F43A56C0CE | 04/20/2019 03:29:14 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |
| 61 | Info Hash: D83235E8D0E88B6F0D385246833EBFB1005DDE2C File Hash: 3ED7F3F47116104276AD0898A69382C610DD19B37F808404D641346105AFCEE0 | 04/14/2019 23:23:56 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 62 | Info Hash: 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11 File Hash: E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 04/14/2019 23:20:16 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 4C5FBF77D076784D733E640F8382D709957A0DD7<br>File Hash: 63A873E05DD2C74717684B97CD187422F214B86724FDAD2FBF39C3F139DCE414 | 04/14/2019 23:05:14 | Tushy | 09/13/2018 | 11/01/2018 | PA0002143414 |
| 64 | Info Hash: 80494AFA4036C921B131676C3D1A61F5DE378231<br>File Hash: 85424ED7263189BB726B267E8436C95A6813BF8FA9C33CFAB19E35095E7FBBC4 | 04/11/2019 02:03:47 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 65 | Info Hash: 5A506C4D4F26566D3028ED8CD82F25DC6E9E172C<br>File Hash: BDC0E62C62E8ED6B615B2FA0701450D886B0E9BFA893E4B9C3470137456BC037 | 04/10/2019 02:06:17 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 66 | Info Hash: E474F829786D99F77071D695C1E640049D946C7C<br>File Hash: 14944DDE275F24E4C264CFBD89D858936EB4AAE8D050F0C55C984204A52117A2 | 04/06/2019 02:29:42 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 67 | Info Hash: F0CF2B79C847AADBBB0E4057FAB8E5258322A925<br>File Hash: DF16A6E0531247C1C792FE0A8B2BC370CBED83E1BEAAFAA86681CA41D732746E | 04/05/2019 02:25:33 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 68 | Info Hash: BE044CB582EB86613334C8B10A038835EFCDF070<br>File Hash: 75A0FC3D68BD41E063030499FC3DCC728BEED5FE30E9FBA86ED8DB134F27C3AF | 04/02/2019 01:57:29 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 69 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 04/01/2019 04:24:51 | Tushy | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 70 | Info Hash: ADE1368B6E46C601134E08553491193B57B6B7C9<br>File Hash: 481F4BE981A0A5960E759061C38161B9E367F1F39B9E2963049E34E0F9209B62 | 04/01/2019 04:22:29 | Blacked Raw | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 71 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 04/01/2019 04:01:53 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: E8FDE02B470854F96FE03570C920B30F274A14E2<br>File Hash: 7BC233DB3D87ADD25BD2E98D104D1D41EFB5AA2CC05F1C46B2F5A347566E5458 | 04/01/2019 04:01:45 | Tushy | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 73 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 03/28/2019 02:47:25 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 74 | Info Hash: 7E73D7B2973889B587D864AE0FD25E71505871AC<br>File Hash: EABBEBA7A8237DF947EBE2CA617079587932901A82FC857EAA0CD71E7F1557DE | 03/28/2019 02:27:00 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 75 | Info Hash: 1654631874CC3941EAE6C78EAFF2B0C4E82DDEB1<br>File Hash: C57263E15A5313D9A273A66C36565874D6CA7BCF3DA8EEA1669ACE075936D75F | 03/23/2019 07:42:07 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 76 | Info Hash: 953232FFD1D319FF391B967E7020BC9DC2F6E57D<br>File Hash: EA6DB9809E0F444EC27B074FE2495DAD78805E08CCC72A08B712D77C0A417962 | 03/09/2019 22:16:20 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 77 | Info Hash: 32758643F325481E1751E9AC93FE2B44F20B553E<br>File Hash: 810F1C201EFC0BA6B1D15CEF57602D88B63422313E4A502FDA0A7D135AC7DA47 | 03/07/2019 04:29:15 | Blacked | 03/06/2019 | 03/31/2019 | PA0002163978 |
| 78 | Info Hash: 7F94C59C008CA99211BC357AA9829B7372D082F3<br>File Hash: 18F29D4BFDC7C28F9DDCE5E862D459D4F644732FF6A2BDDC2144DB599D4DD66C | 03/04/2019 02:54:35 | Blacked | 02/19/2019 | 03/24/2019 | PA0002184061 |
| 79 | Info Hash: 9D6A4E605B76F5C9986F3473E12FB9F96549DC2C<br>File Hash: 8EACC9C021727EBBEF8D7686F98200CCE8C26D84CE88A7D7D44DD10C0794D8E8 | 03/02/2019 04:49:47 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 80 | Info Hash: 24CF82C187246B1723490FB9EFC5E01D7758605F<br>File Hash: 6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 02/27/2019 02:48:49 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC<br>File Hash: 42BFA57239AC6310293F89186960CE0FBAB1526442CDDA853D6141F6A6EFCD68 | 02/25/2019 00:41:46 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 82 | Info Hash: B90A96439856230416AE0E32BDAEA6F1D3A8BB23<br>File Hash: 783EB5136F79EBDDB75356C735F9C23BDFB2584A910673D29D8C8546F328FB3C | 02/13/2019 03:15:46 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 83 | Info Hash: 2918BDB991FE3BBC54C59C045CC0C24DAA1CBFF4<br>File Hash: C601B70B3A5A0C15333A80222F2F96FC3A793A3F64ACCCCDFE72B2CFFCD469A0 | 02/12/2019 04:53:52 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 84 | Info Hash: 6B8E90CF7856C7EA5FEF186B0691C7DBB44BD641<br>File Hash: 86718A831FFFC7E5DB83BC490E1467BCC568C94B6FBF1B32F074F50FABE991C6 | 02/10/2019 05:34:53 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 85 | Info Hash: 087B25BD20E5A3B694196BBFED11838BF98E49DB<br>File Hash: 25A67263FD48C1B0D59E502A6A879075B620AB71A00A0D0F54BEF4819A098E6C | 02/08/2019 03:18:18 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 86 | Info Hash: 3E71EE47FAD229C4F128102A0B8F404F93C2B7B2<br>File Hash: DC2470253D5755CD652A69866AE4B8C1BA3CBE02BD902715D2C81547060F9EC5 | 01/26/2019 19:39:24 | Blacked | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 87 | Info Hash: 5E9896C5F44778AC08591A7719ACD4ECB7348D64<br>File Hash: B8FAD80529B0AB9591249FBDD6952B643947BE510D5E66313B2591BD69BA8594 | 01/26/2019 19:25:53 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 88 | Info Hash: F2BB8E56A085BD28AA2B32F33315A600A314106B<br>File Hash: C5FD74162D26AA45A2329B9424EBADB10FBCCD05316550220ED916BF8E78DDBC | 01/21/2019 01:30:12 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |
| 89 | Info Hash: 85B0EADEDFE575A6815767C63015E183C9597C94<br>File Hash: ACAC4EA48475D7A45AC6339E1182F38399D59CA86849A2BF0C55EE616BD7140A | 01/17/2019 06:39:52 | Vixen | 04/29/2018 | 06/19/2018 | PA0002126677 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: E10259BB09AFE9410D944641E94048900ADEF0F2<br>File Hash: BB40FB2FA9D578CD64AC8B698B074D104111183A93BFCEDB62320B19FCA0580E | 01/17/2019 04:47:09 | Blacked | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 91 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 01/17/2019 04:43:35 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 92 | Info Hash: E2696E5D990585712048CB297D2FA3F703D24431<br>File Hash: 3A24DE8F7A7AF1CE8D0BF9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 01/11/2019 03:29:03 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 93 | Info Hash: DE3F04B00804079AE56C0CF31564F99C5F067B08<br>File Hash: B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 12/28/2018 21:09:25 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 94 | Info Hash: 819AF6AFC69017511B7F6ACFCF06BCDCD6FC1030<br>File Hash: D2EC22A31EDC1DDFDB5634895C7011919B952A7CD36DD535D0CF4AD583675BDF | 12/28/2018 02:31:25 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 95 | Info Hash: 9E3C6304641675CE89BFDE30CF4C2ED6BD050625<br>File Hash: 156FAE83B541DCA0B83B730124FA5F9C70DE9E3D9E8557ADBC6A075FB2059C4F | 12/28/2018 01:36:18 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 96 | Info Hash: 25075BEE3E430D7FF4B45A78867471F6EA59D266<br>File Hash: DD82B233C229EE0F08AB79831703A1B9D9488DB8BE6799F18E3BDFD37CA18106 | 12/28/2018 00:56:46 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 97 | Info Hash: 2D05320B68989487C8AF50B1A95167FB350F94E6<br>File Hash: 89A19AA89DEC3BBF109F9020C709E50B9AE23B2F4AC85376FE69BB1D306273C9 | 11/24/2018 03:39:43 | Blacked | 09/17/2018 | 10/16/2018 | PA0002127778 |