Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 70.93.236.57,<br><br>Defendant. | Case Number: 5:20-cv-01115-TJH-SP<br><br>Honorable Terry J. Hatter, Jr<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 70.93.236.57** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 70.93.236.57, are voluntarily dismissed without prejudice.

Dated: October 5, 2020              Respectfully submitted,


                                                              By: /s/ *Lincoln D. Bandlow*
                                                              Lincoln D. Bandlow, Esq.
                                                              **Law Offices of Lincoln Bandlow, P.C.**
                                                              Attorney for Plaintiff
                                                              Strike 3 Holdings, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Marina Bandlow*
Marina Bandlow